# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**ISSUED**

UNITED STATES OF AMERICA

v.

MANUEL ANGEL RODRIGUEZ-QUINTERO

)
)
)

CR NO: 1:10-CR-00129 LJO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testicandum.
Name of Detainee:     **MANUEL ANGEL RODRIGUEZ-QUINTERO**

Detained at (custodian):     **California Men's Colony, San Luis Obispo, CA**

Detainee is:    a.)    ☒ charged in this district by:
                   ☒ Indictment        ☐ Information        ☐ Complaint
                   Charging Detainee With:   **8 U.S.C. § 1326(a) and (b)(2) - Deported Alien**
                                                **Found in the United States**
or      b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or      b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence is
                     currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Stanley A. Boone - for Ian L. Garriques
Printed Name & Phone No: **Ian L. Garriques/559-497-4000**
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum              ☐ Ad Testicandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

Date   8/4/10                            United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    Enrique Lopez; Arturo Barrio Garcia       Male ☒    Female ☐
Booking or CDC #:      CDC#G45318    Release Date 08/22/10       DOB:          
Facility Address:                                             Race:          
                                                     FBI #:     833337CB1
Facility Phone:
Currently Incarcerated For:

---

### RETURN OF SERVICE

Executed on _____ / _____ by _____

(Signature)

Form Crim-48