BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-129 LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND RECALL WARRANT; ORDER |
| v. | |
| MANUEL ANGEL RODRIGUEZ-QUINTERO, | |
| Defendant. | |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment and recall the warrant in Case No. 1:10-CR-129

Good cause exists to dismiss without prejudice the indictment in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has remained pending without activity for over five years. Because of the long period of non-activity, this case is presumed to be no longer viable. Additionally, the gravity of the offense does not justify continued efforts to prosecute, and the defendant was deported. For these reasons, the government moves for dismissal of the indictment and recall the warrant against the defendant.

Dated: June 5, 2015.

BENJAMIN B. WAGNER
United States Attorney
/s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment and warrant in Case Number 1:10-CR-129 shall be DISMISSED and RECALLED.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2015**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE